UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| JOHN BLACKWELL, | ) | CASE NO. 2:20-cv-02650-DDC-GEB |
| Plaintiff, | ) | Judge Daniel D. Crabtree |
| vs. | ) | |
| GANNETT CO., INC., | ) | |
| Defendant. | ) | STIPULATED NOTICE OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that all claims in this matter are dismissed with prejudice, each party to bear its own costs.

Respectfully Submitted,

s/*Kevin Koc*
Patrick G. Reavey, KS# 17291
Kevin Koc KS# 24953
Livestock Exchange Building
1600 Genessee, Suite 303
Kansas City, MO 64102
Ph: 816.474.6300
Fax: 816.474.6302
Email: preavey@reaveylaw.com
Email: kkoc@reaveylaw.com
Website: www.reaveylaw.com
ATTORNEYS FOR PLAINTIFF

/s/   *Douglas P. Hill*
Douglas P. Hill  (MO#62950)
Baker Sterchi Cowden & Rice, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
(T) 816-471-2121
(F) 816-472-0288
dhill@bscr-law.com